DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LAZZO MARTIN,**
Appellant,

v.

**VIVIAN SUAREZ,**
Appellee.

No. 4D20-2766

[March 10, 2022]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Glenn D. Kelley, Judge; L.T. Case No. 502019CA011544XXXXMB.

Robert O. Gonzalez of Robert O. Gonzalez, PLLC, Lake Worth, for appellant.

Joel H. Feldman of Johnson, Ritchey & Feldman, P.A., Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, KUNTZ and ARTAU, JJ., concur.

\*  \*  \*

***Not final until disposition of timely filed motion for rehearing.***